# UNITED STATES DISTRICT COURT

for the

Northern District of Ohio

| | | |
|---|---|---|
| West Publishing Corporation | ) | |
| Plaintiff | ) | |
| v. | ) | Civil Action No. |
| David Vogelgesang and Price Point Consulting, LLC | ) | |
| Defendant | ) | |

**Summons in a Civil Action**

To: *(Defendant's name and address)*

David Vogelgesang
4007 Fairway Dr.
Medina, OH 44256

A lawsuit has been filed against you.

    Within 20 days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Matthew T. Fitzsimmons, Esq.
Nicola, Gudbranson & Cooper, LLC
25 W. Prospect Ave.
Republic Building, Suite 1400, Cleveland, OH 44115

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

West Publishing Corporation v. Vogelgesang et al     Doc. 1 Att. 2

West Publishing Corporation v. Vogelgesang et al     Doc. 1 Att. 2

_____
Name of clerk of court

Date: _____

_____
Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

Dockets.Justia.com

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on _____,
by:

 (1) personally delivering a copy of each to the individual at this place, _____
_____; or

 (2) leaving a copy of each at the individual's dwelling or usual place of abode with _____
   who resides there and is of suitable age and discretion; or

 (3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is
_____; or

 (4) returning the summons unexecuted to the court clerk on _____; or

 (5) other *(specify)* _____
_____
_____.

My fees are $ _____ for travel and $ _____ for services, for a total of $  0.00  .

Date: _____

                 _____
                     Server's signature

                 _____
                    Printed name and title

                 _____
                      Server's address

# UNITED STATES DISTRICT COURT
for the

Northern District of Ohio

| | |
|---|---|
| West Publishing Corporation <br> Plaintiff <br> v. <br> David Vogelgesang and Price Point <br> Consulting, LLC  Defendant | ) <br> ) <br> )  Civil Action No. <br> ) <br> ) |

**Summons in a Civil Action**

To: *(Defendant's name and address)*

Price Point Consulting, LLC
4007 Fairway Dr.
Medina, OH  44256

A lawsuit has been filed against you.

Within  20  days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Matthew T. Fitzsimmons, Esq.
Nicola, Gudbranson & Cooper, LLC
25 W. Prospect Ave.
Republic Building, Suite 1400, Cleveland, OH  44115

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

_____
Name of clerk of court

Date: _____

_____
Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on _____,
by:

    (1) personally delivering a copy of each to the individual at this place, _____; or

    (2) leaving a copy of each at the individual's dwelling or usual place of abode with _____ who resides there and is of suitable age and discretion; or

    (3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is _____; or

    (4) returning the summons unexecuted to the court clerk on _____; or

    (5) other *(specify)* _____.

My fees are $ _____ for travel and $ _____ for services, for a total of $  0.00  .

Date: _____

_____
Server's signature

_____
Printed name and title

_____
Server's address